**No. 09-9064. Tony Dejuan Jackson, Petitioner v. Minnesota.**

559 U.S. 1035, 130 S. Ct. 2085, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2850.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Minnesota dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09M81. J. Doe, Petitioner v. Richard L. Duncan, et al.**

559 U.S. 1035, 130 S. Ct. 2083, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2873.

March 29, 2010. Motion for leave to proceed in forma pauperis with declaration of indigency under seal denied.

**No. 09M82. Gerard D. Grandoit, Petitioner v. Susan Murray, et al.**

559 U.S. 1035, 130 S. Ct. 2083, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2885.

March 29, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09-8048. Richard C. Eline, Petitioner v. Hawaii Department of Public Safety.**

559 U.S. 1035, 130 S. Ct. 2084, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2783.

March 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-8700. Eugenia B. White, Petitioner v. Fairfax County, Virginia, et al.**

559 U.S. 1035, 130 S. Ct. 2084, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2754, ■

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 19, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-8862. In re Thomas Joseph Cutaia, Petitioner.**

559 U.S. 1036, 130 S. Ct. 2070, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2918.

March 29, 2010. Petition for writ of prohibition denied.

**No. 09-742. Steven Rosenberg, Petitioner v. Hualapai Indian Nation.**

559 U.S. 1036, 130 S. Ct. 2061, 176 L. Ed. 2d 413, 2010 U.S. LEXIS 2893.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.